**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

In re: Conlan Press Incorporated § Case No. 4:18-bk-40030
§
§
Debtor(s) §

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Paul J Mansdorf, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,778,336.00 | Assets Exempt: | N/A |
| Total Distribution to Claimants: | $16,439.03 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $18,919.60 | | |

3) Total gross receipts of $35,358.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $35,358.63 from liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 13,700.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 2,000.00 | 18,919.60 | 18,919.60 | 18,919.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 800.00 | 1,300.00 | 1,300.00 | 1,300.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,272,051.00 | 52,559,691.05 | 559,691.05 | 15,139.03 |
| **TOTAL DISBURSEMENTS** | **$1,288,551.00** | **$52,579,910.65** | **$579,910.65** | **$35,358.63** |

4) This case was originally filed under Chapter 11 on 01/04/2018 and it was converted to Chapter 7 on 04/27/2018. The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/08/2021 By: /s/ Paul J Mansdorf

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Publishing Contract Expectation Values | 1123-000 | 1,050.41 |
| Inventory | 1129-000 | 32,500.00 |
| Wells Fargo Bank xxxxx3009 | 1290-010 | 1,808.22 |
| **TOTAL GROSS RECEIPTS** | | **$35,358.63** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Toyota Motor Credit Corporation | 4210-000 | 13,700.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$13,700.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Paul J Mansdorf | 2100-000 | N/A | 4,285.86 | 4,285.86 | 4,285.86 |
| Paul J Mansdorf | 2200-000 | N/A | 24.10 | 24.10 | 24.10 |
| SHIER KATZ LLP | 3210-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| SHIER KATZ LLP | 3220-000 | N/A | 28.50 | 28.50 | 28.50 |
| Kokjer, Pierotti, Maiocco & Duck, LLP | 3410-000 | N/A | 3,625.00 | 3,625.00 | 3,625.00 |
| Kokjer, Pierotti, Maiocco & Duck, LLP | 3420-000 | N/A | 183.31 | 183.31 | 183.31 |
| OFFICE OF THE UNITED STATES TRUSTEE. | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| Signature Bank | 2600-000 | N/A | 56.37 | 56.37 | 56.37 |

| | | | | | |
|---|---|---|---|---|---|
| FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2820-000 | N/A | 2,566.46 | 2,566.46 | 2,566.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$18,919.60** | **$18,919.60** | **$18,919.60** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | FRANCHISE TAX BOARD. | 5800-000 | 800.00 | 800.00 | 800.00 | 800.00 |
| 4 | Internal Revenue Service | 5800-000 | N/A | 500.00 | 500.00 | 500.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$800.00** | **$1,300.00** | **$1,300.00** | **$1,300.00** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | Devyn Petek | 7100-000 | 10,000.00 | 10,000.00 | 10,000.00 | 270.61 |
| 2 | Chrysler Capital | 7100-000 | N/A | 718.28 | 718.28 | 19.44 |
| 3 | FRANCHISE TAX BOARD. | 7300-000 | N/A | 250.00 | 250.00 | 0.00 |
| 4 | Internal Revenue Service | 7100-000 | N/A | 200.00 | 200.00 | 5.41 |
| 5 | Patrick Lake | 7100-000 | N/A | 32,041.72 | 32,041.72 | 867.08 |
| 6 | Kathleen Hunt | 7100-000 | 24,915.00 | 24,915.00 | 24,915.00 | 674.22 |
| 7 | Peter S. Beagle | 7100-000 | 7,200.00 | 52,000,000.00 | 0.00 | 0.00 |
| 9 | Rimon, P.C. | 7100-000 | 626,558.00 | 438,211.41 | 438,211.41 | 11,858.44 |
| 10 | TachyonPublications, LLC | 7100-000 | 3,000.00 | 32,959.89 | 32,959.89 | 891.93 |
| 11 | Charles E. Petit | 7100-000 | 14,700.00 | 14,455.50 | 14,455.50 | 391.18 |
| 13 | Toyota Motor Credit Corporation | 7100-000 | 0.00 | 5,939.25 | 5,939.25 | 160.72 |
| NOTFILED | Cascade Creditors Service, LLC | 7100-000 | 2,500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Justin Bunnell | 7100-000 | 400,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Law Office of Robert F. Kane | 7100-000 | 3,178.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Lisa Manoogian | 7100-000 | 8,600.00 | 0.00 | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Lou Agresta | 7100-000 | 12,500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mary Matzek | 7100-000 | 10,400.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Paul Huckleberry | 7100-000 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Peter Wacks | 7100-000 | 4,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rick Smithson | 7100-000 | 6,500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Robert Goolsby and Tracy Blackmore | 7100-000 | 88,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Square, Inc. | 7100-000 | 24,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Victoria & John Knox | 7100-000 | 20,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Yuan Fung | 7100-000 | 1,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,272,051.00** | **$52,559,691.05** | **$559,691.05** | **$15,139.03** |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 18-40030 RLE
**Case Name:** Conlan Press Incorporated

**Period Ending:** 09/08/21

**Trustee:** Paul J Mansdorf
**Filed (f) or Converted (c):** 04/27/18 (c)
**§341(a) Meeting Date:** 06/12/18
**Claims Bar Date:** 07/06/18

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank xxxxx3009 (u)<br>Proceeds from banking at conversion | 0.00 | 1,808.22 | | 1,808.22 | FA |
| 2 | Checking Account<br>Chase Bank - From Original Ch. 11 Schedules - not in existence at time of conversion | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account<br>Paypal - From Original Ch. 11 Schedules - not in existence at time of conversion | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Inventory<br>Fine art materials / Supplies - From Original Ch. 11 Schedules - not in existence at time of conversion | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Inventory<br>Customized books w/art - From Original Ch. 11 Schedules - not in existence at time of conversion | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Inventory<br>Books and print for resale - From Original Ch. 11 Schedules - under investigation - may be subject to counterclaims or property of other estates - in discussions with AVICENNA (related case) estate for purchase of publishing rights as part of global arrangement - Motion re: sale set for 2/17/21 | 50,425.00 | 50,000.00 | | 32,500.00 | FA |
| 7 | Inventory<br>35mm film prints for resale - Books and print for resale - From Original Ch. 11 Schedules - under investigation - may be subject to counterclaims or property of other estates | 30,000.00 | 0.00 | | 0.00 | FA |
| 8 | Office equipment, furnishings, and supplies | 1,100.00 | 0.00 | | 0.00 | FA |
| 9 | Office equipment, furnishings, and supplies<br>Office Fixtures - From Original Ch. 11 Schedules | 1,100.00 | 0.00 | | 0.00 | FA |
| 10 | Office equipment, furnishings, and supplies<br>Computer systems - From Original Ch. 11 Schedules | 4,200.00 | 0.00 | | 0.00 | FA |
| 11 | Books, art, antiques and collectibles<br>theatrical props - From Original Ch. 11 Schedules | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Autos, trucks, trailers, other vehicles, access.<br>2015 Toyota - From Original Ch. 11 Schedules | 14,400.00 | 0.00 | | 0.00 | FA |
| 13 | Licenses, franchises and other intangibles<br>domain names and website design - From Original Ch. 11 Schedules | 5,000.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 18-40030 RLE
**Case Name:** Conlan Press Incorporated

**Period Ending:** 09/08/21

**Trustee:** Paul J Mansdorf
**Filed (f) or Converted (c):** 04/27/18 (c)
**§341(a) Meeting Date:** 06/12/18
**Claims Bar Date:** 07/06/18

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | Patents, copyrights and other intellectual prop.<br>customer and similar contact lists (not resaleable) | 35,000.00 | 0.00 | | 0.00 | FA |
| 15 | Tax Refunds<br>California NOL carryforward - From Original Ch. 11 Schedules | 49,906.00 | 0.00 | | 0.00 | FA |
| 16 | Contingent Claims Against Third Party<br>Cochran v. Lake CIV 531946 - case pending at time of conversion. March 7, 2019 - judgment entered against Conlan Press Inc. | 1,500,000.00 | 0.00 | | 0.00 | FA |
| 17 | Contingent Claims Against Third Party<br>Cross claims - Beagle v. Cochran - Case pending at time of conversion | 40,000.00 | 0.00 | | 0.00 | FA |
| 18 | Contingent Claims Against Third Party | 45,000.00 | 0.00 | | 0.00 | FA |
| 19 | Contingent Claims Against Third Party<br>Setoff against any guarantee funds required for Mary S. Matzek - From Original Ch. 11 Schedules | 10,000.00 | 0.00 | | 0.00 | FA |
| 20 | Publishing Contract Expectation Values<br>Lynn Abbey, Peter S. Beagle, Peter Gillis, Chelsea Quin Yarbro - under investigation, subject to litigation and may be property of related estate | 336,000.00 | 2,500.00 | | 1,050.41 | FA |
| 21 | Art Reportduction contract expectation values<br>From Original Ch. 11 Schedules | 30,000.00 | 0.00 | | 0.00 | FA |
| 22 | Books, art, antiques and collectibles<br>Books purchased for reference, research, and commercial comparison - From Original Ch. 11 Schedules | 12,000.00 | 0.00 | | 0.00 | FA |
| 23 | Digital Cinema Packages<br>From Original Ch. 11 Schedules | 130.00 | 0.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$2,164,761.00** | **$54,308.22** | | **$35,358.63** | **$0.00** |

**Major activities affecting case closing:**

TDR after checks clear

**Initial Projected Date of Final Report (TFR):** December 16, 2019

**Current Projected Date of Final Report (TFR):** March 26, 2021 (Actual)

# Form 2
# Cash Receipts and Disbursements Record



**Case Number:** 18-40030 RLE
**Case Name:** Conlan Press Incorporated
**Taxpayer ID#:** **-***7802
**Period Ending:** 09/08/21

**Trustee:** Paul J Mansdorf
**Bank Name:** Signature Bank
**Account:** ******8923 - Checking
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/25/18 | Asset #1 | Wells Fargo Bank | Funds at conversion | 1290-010 | 1,808.22 | | 1,808.22 |
| 10/30/18 | Asset #20 | Findaway World LLC | Royalties | 1123-000 | 580.57 | | 2,388.79 |
| 12/04/18 | Asset #20 | Findaway World LLC | Royalty | 1123-000 | 469.84 | | 2,858.63 |
| 06/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,853.63 |
| 07/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,848.63 |
| 08/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,843.63 |
| 09/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,838.63 |
| 11/02/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,833.63 |
| 11/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,828.63 |
| 12/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,823.63 |
| 01/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,818.63 |
| 02/19/21 | Asset #6 | Avicenna Development Corp | INCOMING WIRE REF# 20210219B6B7261F00387602191519FT01 0000018446 FROM: AVICENNA DEVELOPMENT CORPORATI ABA: 026013576 BANK: | 1129-000 | 32,500.00 | | 35,318.63 |
| 02/26/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 16.37 | 35,302.26 |

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 18-40030 RLE
**Case Name:** Conlan Press Incorporated
**Taxpayer ID#:** **-***7802
**Period Ending:** 09/08/21

**Trustee:** Paul J Mansdorf
**Bank Name:** Signature Bank
**Account:** ******8923 - Checking
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/03/21 | 1001 | Paul J Mansdorf | Dividend of 100.000000000%. | 2100-000 | | 4,285.86 | 31,016.40 |
| 06/03/21 | 1002 | Paul J Mansdorf | Dividend of 100.000000000%. | 2200-000 | | 24.10 | 30,992.30 |
| 06/03/21 | 1003 | SHIER KATZ LLP | Dividend of 100.000000000%. | 3210-000 | | 7,500.00 | 23,492.30 |
| 06/03/21 | 1004 | SHIER KATZ LLP | Dividend of 100.000000000%. | 3220-000 | | 28.50 | 23,463.80 |
| 06/03/21 | 1005 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend of 100.000000000%. | 3410-000 | | 3,625.00 | 19,838.80 |
| 06/03/21 | 1006 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend of 100.000000000%. | 3420-000 | | 183.31 | 19,655.49 |
| 06/03/21 | 1007 | OFFICE OF THE UNITED STATES TRUSTEE. | Dividend of 100.000000000%, Claim No.8. ; Stopped on 08/09/2021 | 2950-000 | | 650.00 | 19,005.49 |
| 06/03/21 | 1008 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | Dividend of 100.000000000%, Claim No.12. | 2820-000 | | 2,566.46 | 16,439.03 |
| 06/03/21 | 1009 | FRANCHISE TAX BOARD. | Dividend of 100.000000000%, Claim No.3. | 5800-000 | | 800.00 | 15,639.03 |
| 06/03/21 | 1010 | Internal Revenue Service | Dividend of 100.000000000%, Claim No.4. | 5800-000 | | 500.00 | 15,139.03 |
| 06/03/21 | 1011 | Devyn Petek | Dividend of 2.706099240%, Claim No.1-2. | 7100-000 | | 270.61 | 14,868.42 |
| 06/03/21 | 1012 | Chrysler Capital | Dividend of 2.706099240%, Claim No.2. | 7100-000 | | 19.44 | 14,848.98 |
| 06/03/21 | 1013 | Internal Revenue Service | Dividend of 2.706099240%, Claim No.4. | 7100-000 | | 5.41 | 14,843.57 |
| 06/03/21 | 1014 | Patrick Lake | Dividend of 2.706099240%, Claim No.5. | 7100-000 | | 867.08 | 13,976.49 |
| 06/03/21 | 1015 | Kathleen Hunt | Dividend of 2.706099240%, Claim No.6. | 7100-000 | | 674.22 | 13,302.27 |

# Form 2
# Cash Receipts and Disbursements Record



**Case Number:** 18-40030 RLE
**Case Name:** Conlan Press Incorporated
**Taxpayer ID#:** **-***7802
**Period Ending:** 09/08/21

**Trustee:** Paul J Mansdorf
**Bank Name:** Signature Bank
**Account:** ******8923 - Checking
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/03/21 | 1016 | Rimon, P.C. | Dividend of 2.706099240%, Claim No.9. | 7100-000 | | 11,858.44 | 1,443.83 |
| 06/03/21 | 1017 | TachyonPublications, LLC | Dividend of 2.706099240%, Claim No.10. | 7100-000 | | 891.93 | 551.90 |
| 06/03/21 | 1018 | Charles E. Petit | Dividend of 2.706099240%, Claim No.11. | 7100-000 | | 391.18 | 160.72 |
| 06/03/21 | 1019 | Toyota Motor Credit Corporation | Dividend of 2.706099240%, Claim No.13. | 7100-000 | | 160.72 | 0.00 |
| 08/09/21 | 1007 | OFFICE OF THE UNITED STATES TRUSTEE. | Dividend of 100.000000000%, Claim No.8. ; Stopped: Check issued on 06/03/2021 | 2950-000 | | -650.00 | 650.00 |
| 08/09/21 | 1020 | OFFICE OF THE UNITED STATES TRUSTEE. | 714-18-40030 - Claim 8 payment | 2950-000 | | 650.00 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **35,358.63** | **35,358.63** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **35,358.63** | **35,358.63** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$35,358.63** | **$35,358.63** | |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ******8923** | **35,358.63** | **35,358.63** | **0.00** |
| | **$35,358.63** | **$35,358.63** | **$0.00** |